**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Bryan Swetz, | |
|       Plaintiff, | Case No. 7:22-cv-9374-PMH |
| v. | The Honorable Philip M. Halpern |
| The Clorox Company, | **NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
|       Defendant. | |

PLEASE TAKE NOTICE that on a date and time to be determined by the Court, Plaintiffs will move the Court pursuant to Federal Rule of Civil Procedure 23(e) and upon the accompanying Memorandum of Law and the Declaration of Jason P. Sultzer, Esq., for an Order: 1) preliminarily approving this proposed class action settlement; 2) preliminarily certifying the class for settlement purposes; and 3) granting approval of the proposed notice plan.

Dated: July 28, 2023.

                                          Respectfully submitted,

                                          By: */s/ Jason P. Sultzer*
                                                  Jason P. Sultzer

                                          **THE SULTZER LAW GROUP P.C.**
                                          Jason P. Sultzer, Esq.
                                          Jeremy Francis, Esq.
                                          85 Civic Center Plaza, Suite 200
                                          Poughkeepsie, NY 12061
                                          Tel: (845) 483-7100
                                          Fax: (888) 749-7747
                                          E-Mail: sultzerj@thesultzerlawgroup.com
                                                     francisj@thesultzerlawgroup.com

**LEVIN SEDRAN & BERMAN**
Charles E. Schaffer, Esq.
David C. Magagna Jr., Esq.
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: 215-592-1500
cschaffer@lfsblaw.com
dmagagna@lfsblaw.com

**LEEDS BROWN LAW, P.C.**
Jeffrey K. Brown, Esq.
1 Old Country Rd., Suite 347
Carle Place, NY 11514
Tel: (516) 873-9550
jbrown@leedsbrownlaw.com

**SQUITIERI & FEARON, LLP**
Stephen J. Fearon, Jr.
Paul Sweeny
305 Broadway, 7th Floor
New York, New York 10007
Telephone: (212) 421-6492
Facsimile: (212) 421-6553
Email: Stephen@sfclasslaw.com
Email: Paul@sfclasslaw.com

*Attorneys for Plaintiffs and the Settlement Class*