UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRYAN SWETZ on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CLOROX COMPANY,<br><br>Defendant. | Case No. 7:22-cv-9374-PMH<br><br>Hon. Philip M. Halpern |

## PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE THAT, on May 22, 2023 at 11:00 a.m. ET, in the Courtroom of the Honorable Philip M. Halpern, United States District Court, Southern District of New York, Plaintiffs Bryan Swetz, Michael Charles, Olivia Kossel, Tina Donohue, and Alyce Lacey (collectively, "Plaintiffs"), will and hereby do move the Court for an order of Final Approval of the Class Action Settlement and respectfully move, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for final approval of a proposed Settlement with Defendant The Clorox Company ("Defendant") and affirmation of the certification of the Settlement Class defined in the Settlement Agreement.

The motion is based upon the accompanying Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Final Approval of the Class Action Settlement and supporting documents, the Declaration of Jason Sultzer, and the Declaration and of Steven Weisbrot of Angieon Group,

the exhibits attached thereto, all the pleadings and documents on file in this action, and such other matters as may be presented at or before the hearing.

For the reasons set forth more particularly in the accompanying Memorandum and supporting exhibits, Plaintiffs request that the Court grant this Motion.

Dated: May 1, 2024.                    Respectfully submitted,

By: /s/ Jason P. Sultzer
**THE SULTZER LAW GROUP P.C.**
Jason P. Sultzer, Esq.
Jeremy Francis, Esq.
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12061
Tel: (845) 483-7100
Fax: (888) 749-7747
Email: sultzerj@thesultzerlawgroup.com
Email: francisj@thesultzerlawgroup.com

**LEVIN SEDRAN & BERMAN, LLP**
Charles E. Schaffer, Esq.
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: 215-592-1500
Email: cschaffer@lfsblaw.com

**LEEDS BROWN LAW, P.C.**
Jeffrey K. Brown, Esq.
1 Old Country Rd., Suite 347
Carle Place, NY 11514
Tel: (516) 873-9550
Email : jbrown@leedsbrownlaw.com

**SQUITIERI & FEARON, LLP**
Stephen J. Fearon, Jr.
Paul Sweeny
305 Broadway, 7th Floor
New York, New York 10007
Telephone: (212) 421-6492
Facsimile: (212) 421-6553
Email: Stephen@sfclasslaw.com
Email: Paul@sfclasslaw.com

*Attorneys for Plaintiffs and the Settlement Class*