UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRYAN SWETZ,

              Plaintiff,

      - against -

THE CLOROX COMPANY,

             Defendant.

**<u>ORDER</u>**

22-CV-09374 (PMH)

PHILIP M. HALPERN, United States District Judge:

      Class counsel is directed to file, by May 21, 2024 at 5:00 p.m., detailed time records in support of their motion for attorney's fees (Doc. 36).

                                    **SO ORDERED.**

Dated:   White Plains, New York
          May 20, 2024

                                 _____
                                  PHILIP M. HALPERN
                                  United States District Judge